**HELTON LAW GROUP**
**A PROFESSIONAL CORPORATION**
CARRIE S. McLAIN (SBN: 181674)
Email: cmclain@heltonlawgroup.com
ATTORNEYS AT LAW
401 East Ocean Boulevard, Suite 1010
Long Beach, California 90802
TELEPHONE: (562) 901-4499
FACSIMILE: (562) 901-4488

ATTORNEYS FOR PLAINTIFF PLACENTIA-LINDA HOSPITAL, INC.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**
Russell H. Birner (SBN 181835)
Russell.Birner@WilsonElser.com
555 S. Flower St., Suite 2900
Los Angeles, CA 90017
Tel.: (213) 443-5100
Fax: (213) 443-5101

ATTORNEYS FOR DEFENDANT PRINCIPAL LIFE INSURANCE COMPANY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLACENTIA-LINDA HOSPITAL, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PRINCIPAL LIFE INSURANCE COMPANY, an Iowa Corporation; and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No.: SACV 10-0716-AG(MLGx)<br><br>ASSIGNED TO:<br><br>HON. ANDREW GUILFORD<br>UNITED STATES DISTRICT COURT JUDGE<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

1 | The Court, having reviewed the Stipulation of Dismissal by and between Plaintiff PLACENTIA-LINDA HOSPITAL, INC. and Defendant PRINCIPAL LIFE INSURANCE COMPANY, hereby dismisses the above-captioned matter, including all complaints, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a). The parties shall bear their own respective costs, including attorneys' fees.

IT IS SO ORDERED.

DATED: July 22, 2011

BY: _____
U.S. DISTRICT ANDREW GUILFORD